John R. Street, Esq. 100328
1683 Novato Blvd., Suite 7A
Novato, CA 94947
(415) 898-1441
FAX 898-1443

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERIC MILTON, DANIEL MCCULLOUGH,
VICTORIA SORIA and MYH VO,

    Plaintiffs,

vs.

ANDREW SERRATA, TODD INUYAMA,
KIRK GASTON, WILL FLOWERS and
DOES 1 to 10,

    Defendants.

COMPLAINT FOR CIVIL RIGHTS
VIOLATION AND FOR
INJUNCTIVE RELIEF,
DEMAND FOR JURY TRIAL

1. 42 U.S.C. section 1983
   (I & XIV Amendment)
2. 42 U.S.C. section 1983
   (IV & XIV Amendment)
3. 42 U.S.C. section 1983
   (Injunction)

**JURISDICTION**

1. This Court has jurisdiction over this action pursuant to Title 28 U.S.C. sections 1331 and 1343(3) in that the controversy arises under the United States Constitution and Under Title 42 U.S.C. sections 1983 and Title 28 U.S.C. section 2201. This Court has authority to award attorneys fees pursuant to Title 42 U.S.C. section 1988.

**VENUE**

2. Venue is proper pursuant to Title 28 U.S.C. section 1391(b) because the conduct complained of occurred, and will

Complaint For Civil Rights Violation - Page 1

1 | occur, in San Francisco County, California.
2 | **FIRST CAUSE OF ACTION**
3 | (42 U.S.C. section 1983 - First and Fourteenth Amendments)
4 | 3. Plaintiffs Eric Milton, Daniel McCullough, Victoria Soria
5 | and Myh Vo are citizens of California and of the United States.
6 | Motivated by their moral, religious, and political beliefs,
7 | plaintiffs regularly engage in pro-life, anti-abortion speech
8 | activities. These speech activities include hand-to-hand
9 | leafletting, education about abortion, and holding signs with a
10 | pro-life message. All of the activities occur on public fora,
11 | where they can convey their message to the public.
12 | 4. Defendant Andrew Serrata is, and at all times herein
13 | mentioned was, employed as a police officer with San Francisco
14 | State University. Defendant Todd Inyama is, and at all times
15 | herein mentioned was, employed as a police officer with San
16 | Francisco State University. Defendant Kirk Gaston is, and at all
17 | times herein mentioned was, employed as a police officer with San
18 | Francisco State University. Defendant Will Flowers is, and at all
19 | times herein mentioned was, employed as an administrator with San
20 | Francisco State University. Each of the defendants, in doing the
21 | acts alleged herein, was acting within the course and scope of
22 | his authority and employment and was at all times mentioned
23 | herein the agent of each of the other defendants. These
24 | defendants are being sued in their individual capacities.
25 | 5. Plaintiffs are ignorant of the true names and capacities
26 | of defendants sued herein as Does 1 through 10, and therefore
27 |
28 | Complaint For Civil Rights Violation - Page 2

1 sues these defendants by such fictitious names. Plaintiffs will
2 amend this complaint to allege their true names and capacities
3 when ascertained. Plaintiffs are informed and believe, and
4 thereon alleged that said fictitiously named defendants were at
5 all times mentioned herein responsible in some manner for the
6 occurrences herein alleged; and plaintiffs' injuries as herein
7 alleged were proximately caused by defendant's actions.

8 6. On October 10, 2002, plaintiffs were peacefully holding
9 abortion related signs and handing out literature on the campus
10 of San Francisco State University in a location designated for
11 free public speech on a matter of great social, political and
12 religious interest. Plaintiffs located themselves so as to convey
13 their message to the public, but did commit loud and unreasonable
14 noises or did not interfere with the peaceful conduct of the
15 campus.

16 7. The defendants demanded and did inform the plaintiffs to
17 either leave the campus or be arrested under threat of violation
18 of Penal Code section 626.6(a). All plaintiffs were escorted off
19 of campus, except for plaintiff - Milton.

20 8. Plaintiff Eric Milton did not leave the campus of San
21 Francisco State University and defendant officers cited him for
22 violation of Penal Code sections 626.6(a) and 415.5(a)(2),
23 handcuffed and placed in the back of a patrol care and
24 transported to a San Francisco Police Station and then to jail.
25 He remained in custody for eight hours.

26 9. At the same time and place as plaintiffs were escorted

28 Complaint For Civil Rights Violation - Page 3

off of the campus for allegedly interfering with the peaceful activities of the campus, others on campus in the presence of the defendants did act in a noisy and boisterous manner.

10. Defendants committed these acts before a crowd of the public, some of whom laughed and ridiculed the plaintiffs. Plaintiffs did not consent to the defendants' acts and found them to be harmful and offensive to their person and dignity. Plaintiffs suffered humiliation, embarrassment, discomfort, mental anguish, fear, anxiety, loss of reputation and emotional distress.

11. Defendants intended to, and did, by their actions, prevent and/or chill the exercise of plaintiffs' rights of free speech, peaceable assembly and free exercise of religion as guaranteed by the First and Fourteenth Amendments to the United States Constitution. At the time of the deprivations, plaintiffs' right of free speech, peaceable assembly and free exercise of religion were clearly established and clearly included the right to engage in the particular expressive activities for which plaintiffs were arrested. As plaintiffs' rights were clearly established at the time, defendants knew or should have known that their conduct violated important and cherished constitutional and civil rights of the plaintiffs.

11. Although plaintiff Milton was arrested, no charges were filed against him or any other plaintiff.

12. The conduct of defendants was performed with malice and oppression and a conscious disregard of plaintiffs' rights, so as

Complaint For Civil Rights Violation - Page 4

to justify an award of exemplary damages.

## SECOND CAUSE OF ACTION
(42 U.S.C. section 1983 - Fourth and Fourteenth Amendments)

13. Plaintiffs incorporate and reallege paragraphs 1 through 12 as though fully stated herein.

14. As a direct and proximate result of the actions of defendants, plaintiff- Milton were denied their constitutional right to be secure in his person against unreasonable searched and seizures under the Fourth and Fourteenth Amendments to the U.S. Constitution.

15. The conduct of defendants was performed with malice and oppression and a conscious disregard of plaintiff's rights, so as to justify an award of exemplary damages.

## SECOND CAUSE OF ACTION
(42 U.S.C. section 1983 - Injunction)

16. Plaintiffs incorporate and reallege paragraphs 1 through 15 as though fully stated herein.

17. Plaintiffs are informed and believe that defendants will continue to use Penal Code sections 626.6(a) and 415.5(a)(2) as a justification to harass and intimidate individuals to leave the campus, although they are engaged in constitutionally protected speech, as they have done against plaintiffs.

18. Plaintiffs wish to return to this public forum to engage again in the activities described in paragraph 6, but fear that these acts will subject them to removal, arrest, prosecution,

Complaint For Civil Rights Violation - Page 5

punishment and loss of property for alleged violation of Penal Code section 626.6(a).

19. Unless defendants conduct is enjoined, plaintiffs will continue to suffer irreparable injury by the loss of constitutionally protected right to speech and peaceable assembly.

20. Given the imminent and irreparable nature of the injury to plaintiffs' constitutional rights, plaintiffs have no adequate remedy at laws. The issuance of injunctive relief is the only means of securing adequate relief.

21. None of the defendants or any other party will suffer any cognizable injury if injunctive relief is granted.

22. The public interest favors the issuance of injunctive relief to protect the constitutional rights at stake herein.

WHEREFORE, plaintiffs pray judgment as follows:

1. Enter judgment against the defendants.

2. Award general damages to each plaintiff in the amount of $20,000.00;

3. Award actual damages to each plaintiff according to proof;

4. Award exemplary damages to each plaintiff in the amount of $50,000.00.

5. Issue an injunction enjoining defendants and their agents from removing, arresting or otherwise hindering plaintiffs in the free and peaceful expression of abortion related speech and the conduct of all others seeking to engage in constitutionally

Complaint For Civil Rights Violation - Page 6

1  protected speech;

2  6. Award costs, interest and attorney's fees pursuant to 42

3  U.S.C. section 1988 and other pertinent law:

4  7. Grant such other and further relief as the court deems

5  just and proper.

6

7  Dated: October 7, 2003

8                                                    _____
                                                      John R. Street, Attorney
                                                      for Plaintiffs

9

10                              DEMAND FOR JURY TRIAL

11  In the event that a question of fact must be resolved, the

12  plaintiffs hereby demand a jury trial as provided by FRCP 38(b).

Complaint For Civil Rights Violation - Page 7

# CIVIL COVER SHEET

JS 44 - No. Calif. (Rev. 1/87)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

**I. (a) PLAINTIFFS** Eric Milton, Daniel McCullough, Victoria Soria and Myh Vo

**DEFENDANTS** Andrew Serrata, Todd Inyama, Kirk Gason, Will Flowers

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
San Bernardino

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John R. Streett
1683 Novato Blvd., Suite 7A
Novato, CA 94947   415-898-1441

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "✗" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "✗" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "✗" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "✗" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐690 Other | **SOCIAL SECURITY** | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | **LABOR** | ☐861 HIA (1395ff) | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐710 Fair Labor Standards Act | ☐862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | **PERSONAL INJURY** | ☐720 Labor/Mgmt Relations | ☐863 DIWC/DIWW (405(g)) | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | ☐362 Personal Injury Med Malpractice | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐864 SSID Title XVI | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐365 Personal Injury Product Liability | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | ☐368 Asbestos Personal Injury Product Liability | ☐790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐895 Freedom of Information Act |
| ☐230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | ☐791 Empl.Ret. Inc. Security Act | ☐870 Taxes (US Plaintiff or Defendant) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐240 Torts to Land | ☐370 Other Fraud | | ☐871 IRS - Third Party 26 USC 7609 | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐371 Truth in Lending | **CIVIL RIGHTS** | | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | ☐380 Other Personal Property Damage | ☐441 Voting | **PRISONER PETITIONS** | |
| | ☐385 Property Damage Product Liability | ☐442 Employment | ☐510 Motion to Vacate Sentence | |
| | | ☐443 Housing | ☐530 General | |
| | | ☐444 Welfare | ☐535 Death Penalty | |
| | | ☒440 Other Civil Rights | ☐540 Mandamus & Other | |
| | | | ☐550 Civil Rights | |
| | | | ☐555 Prison Condition | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
42 USC 1983 - violation of free speech & wrongful arrest

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 80,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT** (CIVIL L.R. 3-2) (PLACE A "✗" IN ONE BOX ONLY) ☐ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE 10/7/03

SIGNATURE OF ATTORNEY OF RECORD  *[signature]*